# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **Michael Wade Cornell, Jr. and** | ) BK No. 25-02373-CW3-7 |
| **Katlyn Brooke Cornell,** | ) |
| | ) |
| Debtor(s), | ) |
| | ) ADV. NO. 3:25-ap-90117 |
| **ERICA R. JOHNSON, Trustee,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **ALL IN CREDIT UNION,** | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE PRETRIAL CONFERENCE

Comes the Plaintiff, Erica R. Johnson, Trustee (the "Plaintiff"), by and through counsel, and would respectfully move this Court to reschedule the pretrial conference accordingly. In support hereof, the Plaintiff respectfully represents as follows:

1. On October 16, 2025, the Plaintiff commenced this adversary proceeding by filing a Complaint to Avoid security interest of All In Credit Union; To Recover Value of Avoided Transfer; and Authority to Sell Property Free and Clear of Lien (the "Adversary Proceeding").

2. The Pretrial Conference in this matter is presently scheduled for December 17, 2025 at 11:00 a.m. *See* Summons and Notice of Pretrial Conference filed October 16, 2025 (Docket Entry 2).

3. The Plaintiff and the Defendant, All In Credit Union, are attempting to reach a consensual resolution of the Adversary Proceeding.

1

4. Therefore, the Plaintiff requests that the Pretrial Conference be continued to allow the parties additional time to attempt to resolve the Adversary Proceeding.

5. The Plaintiff requests that the Pretrial Conference be continued to January 28, 2026 at 11:00 a.m.

WHEREFORE, the Plaintiff prays for the relief sought herein and for such other relief as is just and proper.

Dated this 15th day of December, 2025.

Respectfully submitted,

*/s/ Erica R. Johnson*
Erica R. Johnson (BPR No. 30939)
ERICA R. JOHNSON,
ATTORNEY AT LAW, PLLC
8161 Highway 100, Suite 184
Nashville, Tennessee 37221
(615) 347-5869 – Telephone
erica@erjlaw.com – Email
*Attorneys for Trustee/Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I have forwarded a true and exact copy of the Motion to Continue Pretrial Conference and *proposed* Order Continuing Pretrial Conference, on this 15th day of December, 2025, to the following creditors and parties in interest:

> All In Credit Union
> c/o JOSEPH P RUSNAK, Esquire
> TUNE ENTREKIN & WHITE PC
> *VIA CM/ECF Email Notice/Service* - JRUSNAK@TEWLAWFIRM.com

*/s/ Erica R. Johnson*
Erica R. Johnson