SO ORDERED.
SIGNED 16th day of December, 2025

Charles M. Walker
U.S. Bankruptcy Judge

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Michael Wade Cornell, Jr. and | ) | BK No. 25-02373-CW3-7 |
| Katlyn Brooke Cornell, | ) | |
| | ) | |
| Debtor(s), | ) | |
| | ) | ADV. NO. 3:25-ap-90117 |
| ERICA R. JOHNSON, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ALL IN CREDIT UNION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CONTINUING PRETRIAL CONFERENCE

This matter was set for a Pretrial Conference on December 17, 2025 at 11:00 a.m., and for good cause shown,

**IT IS HEREBY ORDERED** that the pretrial conference in this matter presently set for December 17, 2025 at 11:00 a.m. is rescheduled to January 28, 2026 at 11:00 AM, Courtroom 2 (Virtual hearing if allowed; see website for details); 701 Broadway, Nashville, TN 37203.

**This order was signed and entered electronically as indicated at the top of the first page.**

Submitted for Entry:

*/s/ Erica R. Johnson*
Erica R. Johnson (BPR No. 30939)
ERICA R. JOHNSON,
ATTORNEY AT LAW, PLLC
8161 Highway 100, Suite 184
Nashville, Tennessee 37221
(615) 347-5869 – Telephone
erica@erjlaw.com – Email
*Attorneys for Trustee*